## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DENALI WATER SOLUTIONS LLC**                                            **PLAINTIFF**

**V.**                                    **4:24CV0660 JM**

**BENJAMIN C. FLAHART, HARTLAND FARMS LLC,**
**HARTLAND FARMS INC., KILBY FARMS LLC**                            **DEFENDANTS**

### ORDER OF DISMISSAL

This case is dismissed without prejudice due to settlement. The parties have agreed to pay their own expenses and costs, including attorneys' fees. The trial scheduled for April 27, 2026 is cancelled. The Court retains jurisdiction solely for purpose of enforcing the Settlement Agreement. The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of February, 2026.

_____
James M. Moody Jr.
United States District Judge